# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 24-6665

GREGORY ALLEN BONNIE, A/K/A GREGORY ALLEN BONNIE #21082,

*Petitioner - Appellant,*

*vs.*

WARDEN DUNBAR,

*Respondent - Appellee.*

## MOTION FOR EXTENSION OF TIME

This is a direct appeal in a habeas corpus action that was brought pursuant to 28 U.S.C. § 2241 in the District of South Carolina. By briefing order, Appellant's Opening Brief and Joint Appendix are due on September 20, 2024.

Appellant's counsel have been expeditiously reviewing the governing law and the filings from the District Court. In addition to reviewing these materials, counsel have several upcoming briefing deadlines and court hearings this month. For example, the undersigned is counsel of record in two appeals being heard during the September

1

term of court and will be arguing one of the appeals on September 27, 2024.

In order to properly study the record in this case and prepare the Opening Brief and Joint Appendix, the undersigned respectfully requests a **30-day extension**. This is the undersigned's second request for an extension. If this Motion is granted, the Opening Brief and Joint Appendix will be due October 21, 2024.[1]

The undersigned has consulted with the Assistant United States Attorney assigned to this matter and is authorized to inform the Court that she **<u>consents</u>** to this request.

Respectfully Submitted,

<u>s/ John L. Warren III</u>
John L. Warren III
Law Office of Bill Nettles
2008 Lincoln Street
Columbia, South Carolina 29201
(803)-814-2826
JW@billnettleslaw.com

Patricia Richman
Office of the Federal Public Defender
for the District of Maryland

---

[1] A 30-day extension would make the Opening Brief and Joint Appendix due Sunday, October 20, 2024. Pursuant to Federal Rule of Appellate Procedure 26(a)(1)(C), the deadline would become Monday, October 21, 2024.

2

6411 Ivy Lane
Greenbelt, MD 20770
(301) 344-0600
patricia_richman@fd.org

**Counsel for Gregory Allen Bonnie**

September 13, 2024