# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

No. 24-6665

---

GREGORY ALLEN BONNIE, A/K/A GREGORY ALLEN BONNIE #21082,

*Petitioner - Appellant,*

*vs.*

WARDEN DUNBAR,

*Respondent - Appellee.*

---

## MOTION FOR EXTENSION OF TIME

---

This is a direct appeal in a habeas corpus action that was brought pursuant to 28 U.S.C. § 2241 in the District of South Carolina. By briefing order, Appellant's Opening Brief and Joint Appendix are due on October 21, 2024. Pursuant to Rules 26(b) and 27(b) of the Federal Rules of Appellate Procedure, Appellant requests a thirty (30) day extension of time to **November 20, 2024**, to file his Opening Brief and Joint Appendix. In support of this motion, Appellant states as follows:

1. The undersigned counsel—John L. Warren III and Patricia Richman—represent Appellant in this appeal. Mr. Warren is an attorney

in private practice in Columbia, South Carolina. Ms. Richman is an Assistant Federal Public Defender in the District of Maryland.

2. The undersigned have been diligently working to prepare Appellant's Opening Brief and Joint Appendix. In collaboration with counsel for the Government, the Joint Appendix has been finalized.

3. The undersigned have made significant progress on Appellant's Opening Brief. However, the undersigned have time sensitive professional and personal matters which will require their attention prior to the current deadline. For example, Mr. Warren is preparing for a week-long murder trial that is scheduled to begin on October 28, 2024, and Ms. Richman is preparing for a complex federal trial with substantial pretrial issues. Similarly, both Mr. Warren and Ms. Richman have briefing deadlines and court appearances during the remainder of October 2024. Additionally, Mr. Warren will be out of the office for approximately one week for an unanticipated medical procedure.

4. The requested extension is needed to allow the undersigned additional time to thoroughly review the record, research the issues to be raised on appeal, and complete Appellant's Opening Brief.

5.    This motion is made in good faith and not to cause unnecessary delay.

6.    The undersigned has consulted with counsel for the Government, who has graciously **consented** to the requested extension.

Wherefore, the undersigned respectfully requests that Appellant's request for a thirty (30) day extension to **November 20, 2024**, to submit his Opening Brief and Joint Appendix in the above matter be granted.

Respectfully Submitted,

s/ John L. Warren III
John L. Warren III
Law Office of Bill Nettles
2008 Lincoln Street
Columbia, South Carolina 29201
(803)-814-2826
JW@billnettleslaw.com

Patricia Richman
Office of the Federal Public Defender
for the District of Maryland
6411 Ivy Lane
Greenbelt, MD 20770
(301) 344-0600
patricia_richman@fd.org

**Counsel for Gregory Allen Bonnie**

October 8, 2024

3