FILED:  October 9, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6665
(4:23-cv-01215-DCN)
_____

GREGORY ALLEN BONNIE

Petitioner - Appellant

v.

WARDEN DUNBAR

Respondent - Appellee

_____

O R D E R

_____

The court extends the briefing schedule as set forth below, but counsel is

advised that no further extensions will be granted for filing the opening brief and

appendix absent a showing of extraordinary circumstances.

Joint appendix due: 11/20/2024

Opening brief due: 11/20/2024

Response brief due: 12/23/2024

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk