FILED:  December 4, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6665
(4:23-cv-01215-DCN)

_____

GREGORY ALLEN BONNIE

        Petitioner - Appellant

v.

WARDEN DUNBAR

        Respondent - Appellee

------------------------------

DUE PROCESS INSTITUTE; NATIONAL ASSOCIATION OF CRIMINAL
DEFENSE LAWYERS

        Amici Supporting Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 01/22/2025

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk