**No. 24-6665**

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

Gregory Allen Bonnie,
Petitioner-Appellant,

v.

Warden Dunbar,
Respondent-Appellee.

---

**APPELLEE'S MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE BRIEF**

---

COMES NOW Appellee, Warden Dunbar, by and through the undersigned counsel, and moves this Honorable Court for additional time in which to file Appellee's response brief in the above-referenced case for the following reasons:

1.     Pursuant to this Court's Briefing Order (ECF No. 31), Appellee's response brief is due to be filed on January 22, 2025.

2.     Appellee requests seven (7) additional days to adequately review the record on appeal and brief the issues presented by Appellant.

3.     This is the second extension request from Appellee.

4.     Counsel for Appellant consents to Appellee's request for an enlargement of time.

Based on the above, the undersigned respectfully requests that Appellee be given an additional seven (7) days, up to and including January 29, 2025, in order to submit Appellee's response brief in the above-entitled matter.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By:    *s/Kimberly V. Hamlett*
Kimberly V. Hamlett
Assistant United States Attorney
United States Attorney's Office
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
Phone: (843) 266-1673
Email: Kimberly.Hamlett@usdoj.gov

*Attorney for Appellee*

January 16, 2025