# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 3, 2025

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 24-6665,  <u>Gregory Bonnie v. Warden Dunbar</u>
4:23-cv-01215-DCN

TO:   Patricia Louise Richman
      John LaFitte Warren
      Kimberly Varadi Hamlett
      Timothy Wood Grinsell

RESPONSE DUE: 02/06/2025

Response is required to the notice requesting information regarding similar cases on or before 02/06/2025. Please use the following form to submit response: **<u>Response - Similar Cases</u>**, using the event: <u>RESPONSE/ANSWER (to Similar Case notice)</u>.

Cyndi Halupa, Deputy Clerk
804-916-2704