# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

No. 24-6665

---

GREGORY ALLEN BONNIE, A/K/A GREGORY ALLEN BONNIE #21082,

*Petitioner - Appellant,*

*vs.*

WARDEN DUNBAR,

*Respondent - Appellee.*

---

## MOTION FOR EXTENSION OF TIME

---

Appellant Gregory Bonnie, through undersigned counsel, hereby moves this Honorable Court for additional time in which to file Appellant's reply brief in the above-referenced case for the following reasons:

1. Pursuant to this Court's Briefing Order (ECF No. 33, Appellant's reply brief is due to be filed on Wednesday, February 19, 2025.

2. Appellant requests thirty (30) additional days to adequately review the Appellee's response and brief the issues presented therein.

1

3.    This is the first reply extension request from Appellant.

4.    Counsel for Appellee consents to Appellant's request for an enlargement of time.

Respectfully Submitted,

s/ Patricia L. Richman
Patricia Richman
Office of the Federal Public Defender
for the District of Maryland
6411 Ivy Lane
Greenbelt, MD 20770
(301) 344-0600
patricia_richman@fd.org

John L. Warren III
Law Office of Bill Nettles
2008 Lincoln Street
Columbia, South Carolina 29201
(803)-814-2826
JW@billnettleslaw.com

**Counsel for Gregory Allen Bonnie**

August 15, 2024

2