UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: 24-6665, Gregory Allen Bonnie v. Warden Dunbar

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

This appeal raises similar issues to those in Banks v. King (No. 25-6283), which is pending in the United States Court of Appeals for the Fourth Circuit.  Like Appellant Gregory Bonnie, Banks argues that the district court erred in concluding that an inmate is ineligible to earn time credits under the First Step Act because he is serving an aggregate term of imprisonment that includes a sentence for a section 924(c) conviction.  Appellee Warden Dunbar's Response Brief (at 23) cites the district court's decision in Banks v. King, No. 5:22-HC-02164-M-RJ, 2023 WL 8242450 (E.D.N.C. Nov. 28, 2023).

Signature: s/Kimberly V. Hamlett          Counsel for: Respondent-Appellee

Date: 06/11/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)