FILED: December 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6665
(4:23-cv-01215-DCN)

_____

GREGORY ALLEN BONNIE

       Petitioner - Appellant

v.

WARDEN DUNBAR

       Respondent - Appellee

-------------------------------

DUE PROCESS INSTITUTE; NATIONAL ASSOCIATION OF CRIMINAL
DEFENSE LAWYERS

       Amici Supporting Appellant

_____

TEMPORARY STAY OF MANDATE
_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or

rehearing en banc stays the mandate until the court has ruled on the petition. In

accordance with Rule 41(b), the mandate is stayed pending further order of this

court.

*/s/Nwamaka Anowi, Clerk*