FILED: January 5, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6665
(4:23-cv-01215-DCN)
_____

GREGORY ALLEN BONNIE

    Petitioner - Appellant

v.

WARDEN DUNBAR

    Respondent - Appellee

-------------------------------

DUE PROCESS INSTITUTE; NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS

    Amici Supporting Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge Wynn, and Judge Quattlebaum.

For the Court

/s/ Nwamaka Anowi, Clerk