FILED: January 13, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6665
(4:23-cv-01215-DCN)

_____

GREGORY ALLEN BONNIE

Petitioner - Appellant

v.

WARDEN DUNBAR

Respondent - Appellee

-------------------------------

DUE PROCESS INSTITUTE; NATIONAL ASSOCIATION OF CRIMINAL
DEFENSE LAWYERS

Amici Supporting Appellant

_____

M A N D A T E

_____

The judgment of this court, entered November 5, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*